UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:24-cv-00766-PLC |
| v. ) | |
| ) | |
| ABDUL NAUSHAD, M.D., and ) | |
| ABDUL NAUSHAD, M.D. P.C., ) | |
| doing business as ADVANCED PAIN ) | |
| CENTERS, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

Plaintiff, the United States of America, and Defendants, Dr. Abdul Naushad and Abdul Naushad, M.D. P.C. d/b/a Advanced Pain Centers, hereby stipulate that this matter is dismissed with prejudice pursuant to settlement and that each party is to bear their own fees and costs.

\*\*\*

Dated: March 3, 2025

SAYLER FLEMING
United States Attorney

*/s/ Regan Hildebrand*
REGAN HILDEBRAND
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
Phone: (314) 539-7703
Fax: (314) 539-2287
E-mail: Regan.Hildebrand@usdoj.gov
Bar No. 6326374 (IL)
Bar No. 57438 (MO)

*Attorneys for Plaintiff*

Respectfully  submitted by,

*/s/ Khalid Kahloon*
KHALID KAHLOON
600 West Main Street, Suite 500
Louisville, KY 40202
Phone: (502) 261-7200
E-mail: kahloon@msn.com
Bar No. 87938 (KY)

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing document to all attorneys of record via the Court's CM/ECF electronic notification system on March 3, 2025.

*/s/ Regan Hildebrand*
REGAN HILDEBRAND
Assistant United States Attorney